IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

v.   Criminal No.   1:25-MJ-53

**MARK T. GARLAND,**

      **Defendant.**

## MOTION TO DETAIN

In view of the Probation Officer's petition in this matter, the United States moves to detain the defendant pursuant to Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3143(a)(1).

**DATED:** July 7, 2025

    Respectfully submitted,
    RANDOLPH J. BERNARD
    Acting United States Attorney

    <u>Stephen D. Warner</u>
    Assistant United States Attorney
    300 Third Street, Suite 300
    Elkins, WV 26241
    Telephone: (304) 636-1739